JUL 11 2025
Clerk, U.S. Courts
District of Montana
Missoula Division

Faron Hawkins
IMSI #17833
POB 51
Boise, Idaho 83707

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF Montana

| | |
|---|---|
| Faron R Hawkins and Jen Holding LLC And Shareholders Nevada Irrevocable Trust Plaintiff | Case No. |
| | Complaint |
| | 42-USC-1983 |
| v | Federal Question |
| Thomas Sullivan Canyon County Judge, County of Canyon a political subdivision of Idaho. | 28-USC-1331 and 1332 |
| | 28-USC-1441 and 1442 |
| | 28-USC-1446 |
| Heidi Burgoyne Attorney and special Administrator, Jacob Jones Attorney, Raymond Russell, Darlene Russell, State of Idaho. Tresco, in Personal, Official Capacities Defendants | 28-USC-1915 |
| | 28-USC-1446 |
| | Jury Trial |

Jurisdiction

1

1 of 10 pages

### Jurisdiction

42-USC-1983, 14th Amendment due process, unconstitutional seizure of property, corporate property.

Federal Question under 28-USC-1331

Diversity 28-USC-1332

28-USC-1441 & 1442 Corporation is a citizen & separate entity.

28-USC-1446 Removal

### Plaintiff

Faron Raymond Hawkins is CEO of Jen Holdings LLC a Montana Corp.
Faron Raymond Hawkins is Trustee of 1991 Nevada Irrevocable Trust
DOB 51  IMSI #17833  Boise Idaho 83707

### Defendants

| | |
|---|---|
| Judge Thomas Sullivan  1115 Albany street | Caldwell Idaho 83605 |
| Heidi M Burgoyne | Boise, Idaho 8370 |
| Jacob Jones | Nampa, Idaho 83 |
| Raymond E Russell  11 | Kuna, Idaho 83634 |
| Darlene M Russell  11 | Kuna, Idaho 83634 |
| Tresco | Boise, Idaho 83707 |

All in their personal, private, official, professional, under Color of law Capacities

2

Request Appointment of Counsel

As CEO & Trustee of a Montana Close Corp & Nevada Trust United States v Swartz 2024 U.S. Dist. 15614 N.D. Calif. 9th Cir. August 17 2023 CR-23-0085 WHA held:

"Swartz was mentally competent to stand trial but he was not competent to represent himself." Here we have Faron R Hawkins forced to represent a Montana Corp and Nevada Trust which is illegal for a Pro Se Litigant.

I Faron R Hawkins does hereby state the following under penalty of perjury. 28-USC-1746  18-USC-1621

*[signature]*

Facts

Faron Raymond Hawkins brings this action because his Mother Donna L Hawkins and Father Raymond E Hawkins are deceased. They willed, all their property, assets to Faron. This included Jen holdings LLC a Montana Close Corp since 2006 owned solely by Donna L Hawkins of her seperate property worth over a million five hundred thousand. Donna L Hawkins and Raymond E Hawkins formed a Nevada Trust in 1991 transferring over a million to it. They also had a joint bank account in both their names worth appox $30,000 dollars.

Raymond E Russell Derline M Russell unlawfully entered Hawkins home, stole gold coins, stole silver coins, sold the Mustang Corp.

3

vehicle a 1995 Newmar hurried registered in Missoula Montana. Forged signature. Went to Boise Veterans Hospital, where Raymond E Hawkins was dying of cancer and had sever dementia. Got a alleged signature from him filed for a informal probate. Foran Hawkins finally found out they had did this. Filed formal probate. Judge Thomas Sullivan Canyon County Idaho in CV14-23-11355 refused to follow Idaho law I.C. 15-3-203 requiring Foran to be personal representative. Instead appointed Tresco to take possession of the property and appointed Heidi Burgoyne special administrator. Jacob Jones was hired by the Russells. Foran filed criminal complaint against Russells for theft. Foran told the court there is missing gold, camp documents, Nevada trust. Judge James ask Russells if there was property. Russells lied and said, No gold, no silver, no property, just $200,000 cash. Later the gold, silver, property was found in the home of Russells

⊕ Foran repeatedly said, it is Montana corporate property, you can not probate it. Judge refused to allow Foran funds to hire a lawyer, even after corporate & Trust documents were shown, and proof Russells had lied to the court

For two years Foran has been denied counsel, evidence.

4

Heidi Bumgarner Special Administrator has stolen over $200,000 in cash of corporate assets, knowing it was corporate and not estate. Heidi has hid evidence that proved she knew it was corporate.

Jacob Jones has knowingly hid evidence that he knew it was corporate assets.

Judge Thomas Sullivan has denied evidentiary hearings to prove he knew it was non-probate able Corp & Trust assets.

Judge Sullivan, Heidi Bumgarner, Jacob Jones all pushed misrepresented, fraudulent concealed evidence that they knew that the entire property was Corporate & Trust, but they could not let it be known or they would not get paid. As they fraudulently represented it as Estate property in order to enrich themselves.

This became proof of their act on the record on June 25, 2025 at 11:00 AM on Zoom court hearing. Heidi, Jacob submitted declarations to the court to argue that a settlement should be granted forcing Jon holdings and Murado trust to pay Alan $450,000 dollars plus unlimited additional amount

5

Proof, It is a fraud, Non-Probate able Corp. Assets Judge Sullivan Ruled June 25 2025 11:00 AM to 12:30 pm That:

- Jen held my Nevada trust are the rightful owner of property Finn R Henshaw is CEO & Trustee, and sole heir But

- Alicia Burgoyne is going to sell any gold silver etc she wants to pay for her own attorney fees, and pay Jacob Jones attorney fees, plus Idaho taxes.

Finn objected, filed motions as Finn said it 1) Fraud it violates Montana corporate law, Articles or organization, operating agreement which

1- Makes it illegal to under capitalize a Corp.
2- Corp & Trust never did any business in Idaho
3- Idaho does not have Sub Ject matter jurisdiction.
4- It is illegal to have a Judge & two lawyers force a Pro se litigant to ~~get~~ represent a corporation, so settlement is void.
5- Doctrine of Equitable Estoppel
6- Rem Jurisdiction - Idaho does not have jurisdiction over a Montana Corp or a Nevada trust, they are separate entities.
7- Idaho has been fraudulently probating a Montana corp & Nevada trust

6

in order to enrich the Attorneys, Judge is complicit & conspiring to Defraud a Corporation, while denying its CEO funds to hire a lawyer.

### Breach of Fiduciary Duties & Fraudulent Concealment.

Pro Se litigants can not represent a Corporation where there are stock holders in the Montana Corporation who live in

Israel — Minnesota — Colorado — Idaho — Oregon. giving this Court diversity claims to remove this assets to Montana.

### First Amendment U.S. Constitution.

Idaho, defendants have deprived Feros of being able to follow religious rights to place his sisters ashes to rest, since defendants have kept his sisters ashes in a warehouse at Trejo, which, there is now a issue as to if they are his sisters ashes, as they claimed the ashes did not exist, then found them in a brown box. So Feros asked for a polygraph to be taken of defendants to ensure they are ashes and not shawn a Ben to one.

### 4th & 14th Amendment property rights

Deprived property, by denied evidentiary hearing or Counsel to produce copies of photos of Coins. Theft of Coins are now at issue. After defendants refuse to produce coins date, type, grade, yet a investigation by Ada County Sheriffs detective Robert Trejo, sealed as it is a ongoing investigation, Trejo did tell Feros that there is evidence of French abuse of a elderly vulnerable adult, Feros Dad, by defendants Russell.

7

relief

Ferris R Hawkins demands
1- This court appoint counsel to protect Corporate assets Trust Accts
2- Injunction to freeze all Corp assets
3- Review of all CV14-23-11355 Zoom hearings
4- Judicial Notice defendants vacated trial 4 times against Ferris wishes
5- Federal Court order seizing all corporate assets removing them to Montana + Nevada to secure them
6- Investigate the theft and selling Corp + Trust property
7- Bring charges against defendants selling Newmar motorcoach owned by Montana Corp, theft never secured by Idaho
8- Order prohibiting any sale of gold or silver coins
9- Produce photos, appraisal of all coins
10- Order prohibiting sale of all Corporate + Trust assets
11- Order to return all cash $229,000 taken by Heidi Burgoyne. of Montana + Nevada assets.
12- Expedited as Idaho is selling assets as we speak.
13- Order with in 7 days TRO.
   Affidavit is included with Court info sheet. Judge
Dated this 3rd day of July 2025

8

**Affidavit**

I Faron Hawkins, levereage Idaho case state for fact under oath, that Jeu holdings LLC a montana camp owns the property assets Jacob, Heidi, Judge Sullivan declare they did, on zoom hearing June 25 2025 did rule Jeu holdings is the owner, Faron Hawkins is CEO Trustee and is Sole heir. This proves that All Defendants knew they have committed fraud, stealing camp Trust assets for their own personal enrichment knowing all along that Jeu holdings never owed the defendants anything. Only do to the defendants fraud, knowingly charging a montana camp, nevada trust for attorneys fees, when they were without authority. Purposely, needlessly and unwarranted legal fees. Defendants illegally misrepresented themselves. I.C 3-104 prohibits a Judge & two lawyers from forcing a pro se litigant to represent a corporation and call its share holders into a ruling forcing that Camp to pay lawyers fees needless case fraudulently filed to undercapitalize the camp illegally enriching lawyers. Further naught

### CERTIFICATION UNDER PENALTY OF PERJURY

I certify under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Date: July 3 2025

Faron Hawkins
Typed/printed

_____
Signature



On 3 July 2025, Faron Hawkins appeared before the notary public.
Signature: H43

9

AFFIDAVIT
CAO CvPi 4-17x  07/01/2016

PAGE 2