IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FARON RAYMOND HAWKINS, JEN HOLDINGS LLC, and SHAREHOLDERS NEVADA IRREVOCABLE TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> THOMAS SULLIVAN, ET AL., <br><br> Defendants. | CV-25-104-M-DWM <br><br> ORDER |

Faron Raymond Hawkins has filed a 42 U.S.C. § 1983 Complaint related to an ongoing probate action in the Third Judicial District of Idaho. (Doc. 1.) This Court is without jurisdiction to hear this matter. The case will be dismissed.

Briefly put, Hawkins is involved in the probate of his parents' estate in Idaho.[1] The defendants he has named include a judge, a special administrator, and other individuals involved in the dispute regarding his parents' assets and related corporate assets. (Doc. 1 at 3 – 6.) Hawkins alleges that he is a trustee and a corporate officer of a Montana corporation, the assets of which are improperly

---

[1] Hawkins previously filed a removal petition related to these issues in this Court was dismissed on jurisdictional grounds. *Hawkins et al. v. Russell et al.*, CV-24-118-BLG-DWM.

1

under the probate exception because federal courts lack jurisdiction over probate matters."); *Marshall v. Marshall*, 547 U.S. 293, 311–12 (2006) ("[T]he probate exception reserves to state probate courts the probate or annulment of a will and the administration of a decedent's estate; it also precludes federal courts from endeavoring to dispose of property that is in the custody of a state probate court.")

Hawkins will have sufficient process in the Idaho courts to appeal any errors. This Court lacks subject matter jurisdiction over this matter. Accordingly, it is HEREBY DISMISSED. All pending motions are DENIED as moot.

DATED this 2nd day of September, 2025.

Donald W. Molloy, District Judge
United States District Court

3